SEYFARTH SHAW LLP
David S. Baffa (6283732 - admitted pro hac vice)
dbaffa@seyfarth.com
Giselle Perez de Donado (6228794 - admitted pro hac vice)
gdonado@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
Tel: (312) 460-5000
Fax: (312) 460-7000

VAN COTT, BAGLEY, CORNWALL &
MCCARTHY, P.C.
Mark A. Wagner (6353)
mwagner@vancott.com
36 S. State St., Suite 1900
Salt Lake City, UT 84111
Tel: (801) 532-3333

*Attorneys for Defendant U.S. Foods, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **JASON RIOS,**<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**U.S. FOODS, INC.,**<br><br>　　　　　Defendant. | [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL<br><br>Case NO. 1:14-cv-00074-CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

For good cause shown, the Court hereby grants the parties' Stipulated Motion for Dismissal. This matter is dismissed with prejudice, each side to bear its own attorneys' fees and costs.

Dated this 24th Day of February, 2015

BY THE COURT:

_____
Honorable Clark Waddoups
United States District Court Judge

19034589v.1